FRED ANTUSCH and Another, Respondents, v. ANNA PRENSKY, Also Known as ANN PRENSKY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

BETTY BEUSCHEL, Respondent, v. JACOB MANOWITZ, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

OTTO BROWN, Appellant, v. ROBERT G. ANDERSON and Others, as Members of the Town Board of the Town of Hempstead, and HOWARD H. PARSONS, as Building Inspector of the Town of Hempstead, MOTT CREEK CORPORATION and STEPHEN A. BEDELL and Others, as Members of the Zoning Board of Appeals, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

MARGUERITE BURKHARDT, by Her Guardian ad Litem, ELISABETH SELLERS, and ELISABETH SELLERS, Respondents, v. SALVATORE NATALIZIA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

HENRY CRON, Respondent, v. IRVING IRA BROWN, Defendant; BERTHA BROWN and SAMUEL BAKER, Appellants.— Motion for leave to appeal to Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

ALICE C. DICKINSON, Plaintiff-Respondent, v. GEORGE E. DICKINSON, Defendant-Appellant, and CORA STEBBINS DICKINSON and JOSEPH G. BASSMAN, as Receiver for Her Benefit, Appellants, and FREDERIC H. COWDEN, as Receiver for Benefit of Plaintiff-Respondent, Respondent.— Motions for reargument denied. Motions for leave to appeal to the Court of Appeals granted. [See ante, p. 755.] Questions to be certified. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ. Settle order on notice.

LILLIAN M. FENSKE, Respondent-Appellant, v. JOHN F. FENSKE, Appellant-Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Davis, Johnston and Adel, JJ.

LOUIS FENSTER, Respondent, v. NORTH GERMAN LLOYD, Appellant. BEATRICE FENSTER, Respondent, v. NORTH GERMAN LLOYD, Appellant. — Motions for reargument denied, without costs. Motions for leave to appeal to the Court of Appeals denied. Stay in each case continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

ALFONSO GRAZIANO, Respondent, v. DAMIANO GRILLO and Another, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

ELIZABETH HALL, Respondent, v. COLUMBIA CASUALTY COMPANY, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.